1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERTO CARLOS DE LA TORRE

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. 2:13-cr-121 TLN
                                    )
12          Plaintiff,               )  **STIPULATION AND ORDER TO CONTINUE**
                                    )  **STATUS CONFERENCE AND EXCLUDE**
13     v.                            )  **TIME**
                                    )
14 ROBERTO CARLOS DE LA TORRE,      )
                                    )  DATE:  June 20, 2013
15          Defendant.               )  TIME:  9:30 a.m.
                                    )  JUDGE: Hon. Troy L. Nunley
16 _____  )

17

18   This case is currently scheduled for a status conference on May
19 23, 2013.  The parties have agreed that a pre-plea advisory guideline
20 presentence investigation report as to defendant's criminal history
21 would aid the parties toward resolving the case.  The parties
22 respectfully request that this Court order the Probation Office to
23 produce a pre-plea advisory guideline presentence investigation report
24 as to criminal history in this case.
25   IT IS HEREBY STIPULATED by and between the parties hereto through
26 their respective counsel, TODD LERAS on behalf of DANIEL S. MCCONKIE,
27 Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN
28 D. GALLOWAY, Assistant Federal Defender, attorney for Defendant JORGE

LUIS HERNANDEZ, aka ROBERTO CARLOS DE LA TORRE, that the status conference set for Thursday, May 23, 2013 be continued to Thursday, June 20, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. In addition, defense counsel desires the pre-plea presentence report to help apprise him of legal and/or factual issues on which he may need to perform additional legal research and factual investigation in order to help prepare defendant's defense.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 20, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 6, 2013     HEATHER E. WILLIAMS
                       Federal Defender

                       /s/ Benjamin Galloway
                       BENJAMIN GALLOWAY
                       Assistant Federal Defender
                       Attorney for Defendant


DATED: May 6, 2013     BENJAMIN WAGNER
                       United States Attorney

                       /s/ Benjamin Galloway for
                       TODD LERAS
                       Assistant U.S. Attorney
                       Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 20, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 23, 2013 status conference shall be continued until June 20, 2013, at 9:30 a.m.

The Court further orders the United States Probation Office to prepare and disclose to the parties a pre-plea presentence report as to the criminal history of the defendant.

DATED: May 14, 2013

Troy L. Nunley
United States District Judge