HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO CARLOS DE LA TORRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-cr-121 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| ROBERTO CARLOS DE LA TORRE, | DATE: August 1, 2013 |
| Defendant. | TIME: 9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

        IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, DANIEL MCCONKIE, Assistant United States

Attorney, attorney for Plaintiff, and BENJAMIN GALLOWAY, Assistant

Federal Defender, attorney for Defendant JORGE LUIS HERNANDEZ, aka

ROBERTO CARLOS DE LA TORRE, that the status conference set for

Thursday, June 20, 2013 be continued to Thursday, August 1, 2013 at

9:30 a.m.

        The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 1, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 12, 2013        HEATHER E. WILLIAMS
                                               Federal Defender

                                               /s/ Benjamin Galloway
                                               BENJAMIN GALLOWAY
                                             Assistant Federal Defender
                                             Attorney for Defendant

DATED: June 12, 2013        BENJAMIN WAGNER
                                               United States Attorney

                                               /s/ Benjamin Galloway for
                                             DANIEL McCONKIE
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 1, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 20, 2013 status conference shall be continued until August 1, 2013, at 9:30 a.m.

DATED:  June 13, 2013

Troy L. Nunley
United States District Judge