| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | ROBERTO CARLOS DE LA TORRE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-cr-121 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| ROBERTO CARLOS DE LA TORRE, | ) | |
| | ) | DATE: September 26, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for Defendant JORGE LUIS HERNANDEZ, aka ROBERTO CARLOS DE LA TORRE, that the status conference set for Thursday, September 12, 2013 be vacated and a status conference/change of plea hearing be set for Thursday, September 26, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, to investigate the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference/ change of plea hearing set for September 26, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

| | | |
|---|---|---|
| DATED: September 6, 2013 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant |
| DATED: September 6, 2013 | | BENJAMIN WAGNER<br>United States Attorney<br><br>*/s/ Justin Lee*<br>JUSTIN LEE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 26, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 12, 2013 status conference shall be vacated and a status conference/change of plea hearing be set for September 26, 2013, at 9:30 a.m.

DATED: September 9, 2013

Troy L. Nunley
United States District Judge